```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,                CIV. NO. 06-2106 DFL DAD
12          Plaintiff,
13      v.                            ORDER RE DISPOSITION AFTER
                                      NOTIFICATION OF SETTLEMENT
14   BRODOVSKY & B.O.E. II, A
     California General Partnership;
15   et al.,
16          Defendants.
                                   /
17
```

The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than December 27, 2006; and

//

1

1     2.  That all hearing dates previously set in this matter
2 are vacated.
3     IT IS SO ORDERED.
4 Dated:  December 11, 2006

```
                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge
```